# Order

Michigan Supreme Court
Lansing, Michigan

October 8, 2010

139226 & (105)

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway
Alton Thomas Davis,
Justices

AMYRUTH L. COOPER, by her Next Friend,
SHARON L. STROZEWSKI, and LORALEE
A. COOPER, by her Next Friend, SHARON L.
STROZEWSKI,

      Plaintiffs-Appellees,

v

      SC: 139226
      COA: 261736
      Washtenaw CC: 03-000367-NF

AUTO CLUB INSURANCE ASSOCIATION,
      Defendant-Appellant.

_____/

      On order of the Chief Justice, a stipulation signed by counsel for the parties agreeing to the dismissal of this application for leave to appeal is considered, and the application for leave to appeal is DISMISSED with prejudice and without costs.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 8, 2010

_____
Clerk

p1005